IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARCHIE TYRONE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0530 |
| | ) | Judge Trauger |
| ABL FOOD SERVICES, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## O R D E R

On August 7, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 80), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motions For Summary Judgment filed by the various defendants (Docket Nos. 70, 74) are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 30th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge